**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON HAKCHALEUN,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br><br>    Defendant.<br>_____/ | No. C 04-02026 CRB<br><br>**ORDER REINSTATING CASE** |

On February 11, 2005, the Court, pursuant to a stipulation by the parties and Sentence 6 of 42 U.S.C. section 405(g), remanded the case to the Commissioner in order to reconstruct the case because plaintiff's claim file and the recording of his hearing were missing.  Now pending before the Court is defendant's Request to Vacate Remand, Reinstate Case, and Answer because defendant avers that the missing items have been located.  Based on that representation, the Court hereby VACATES remand and REINSTATES the case.  Pursuant to Local Rule 16-5, plaintiff must file a motion for summary judgment no later than March 2, 2006.  Defendant must then file any opposition or counter-motion within 30 days of plaintiff's motion, and plaintiff has 14 days from service of defendant's brief to file a reply.

//

//

//

|   |   |
|---|---|
| **IT IS SO ORDERED.** |   |
| Dated: February 2, 2006 | _____<br>CHARLES R. BREYER<br>UNITED STATES DISTRICT JUDGE |