IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOON HAKCHALEUN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.
_____/

No. C 04-02026 CRB

**ORDER TO SHOW CAUSE**

On February 2, 2006, at the request of the Commissioner, the Court vacated remand, reinstated the case, and set a deadline of March 2, 2006, by which plaintiff was to have filed a motion for summary judgment. Now more then three months later, plaintiff has yet to file such a motion. Therefore, plaintiff is hereby ORDERED TO SHOW CAUSE for this failure to comply with the relevant deadline. Plaintiff shall submit an explanation to the Court in writing no later than June 9, 2006. Failure to do so will result in the dismissal of this matter.

**IT IS SO ORDERED.**

Dated: June 5, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2026\osc.wpd