IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON HAKCHALEUN, | No. C 04-02026 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security | |
| Defendant. | |

Good cause appearing, plaintiff has filed his motion for summary judgment in this action.  Defendant must file a cross-motion for summary judgment no later than July 14, 2006.  Plaintiff's Reply shall be filed no later than July 28, 2006, at which time the matter will be submitted.

**IT IS SO ORDERED.**

Dated: June 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2026\order 3.wpd