1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 BOON HAKCHALEUN,                )
                                   )
13      Plaintiff,                 )  CIVIL NO.   04-02026 CRB
                                   )
14      v.                         )  STIPULATION AND ORDER EXTENDING
                                   )  DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,            )  RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security,)  MOTION FOR SUMMARY JUDGMENT
16                                 )
        Defendant.                 )
17 _____)

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 July 14, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on August 14, 2006.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

---

[1] <u>See</u> attached Declaration of Elizabeth Firer.

1 | This is defendant's first request.

5 | Dated: July 5, 2006                /s/
                                       KENNETH J. COLLINS
6 |                                    Attorney for Plaintiff

                                       KEVIN V. RYAN
8 |                                    United States Attorney

12 | Dated: July 6, 2006     By:       /s/
                                       SARA WINSLOW
13 |                                   Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 | Dated:  July 7, 2006

                                       CHARLES R. BREYER
                                       United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

HAKCHALEUN, EXT.MXSJ (ef)
C 04-02026 CRB                          2

```
KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON, SBN 88143
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7260
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOON HAKCHALEUN,<br><br>            Plaintiff,<br><br>      v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CIVIL NO. 04-02026 CRB<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR A 30-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND |

## DECLARATION OF COUNSEL

I, Elizabeth Firer, declare and state as follows:

   1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

   2.   I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

///

///

///

///

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
2  Executed in San Francisco, California on July 5, 2006.
3
4
5                              By         /s/
                                  Elizabeth Firer
6                                 Assistant Regional Counsel
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28