```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7260
       Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12  BOON HAKCHALEUN,                )
                                    )
13        Plaintiff,                )   CIVIL NO.  04-02026 CRB
                                    )
14        v.                        )   STIPULATION AND ORDER OF REMAND
                                    )
15  JO ANNE B. BARNHART,            )
    Commissioner of Social Security,)
16                                  )
          Defendant.                )
17  _____)
```

18        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19  approval of the Court, that this action be remanded to the defendant Commissioner pursuant to

20  sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.  The purpose of the

21  remand is to offer Plaintiff a new Administrative Law Judge (ALJ) hearing and decision.

22        On remand, the ALJ will

23        1. Fully develop the claimant's medical treatment records;

24        2. Further consider the claimant's impairments and residual functional capacity;

25        3. Explain the weight given to the claimant's medical source opinions; and

26        4. Additionally, treatment records at pages 177-79 in the administrative record, which do not

27  ///

28  ///

1  refer to the claimant, will be removed from the record.

Dated: July 11, 2006

/s/
KENNETH J. COLLINS
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: July 11, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

Dated:   July 17, 2006

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

HAKCHALEUN, REMDS4 (ef)
C 04-02026 CRB                                2